1042

No. 98–9145. WALKER v. FITZGERALD, SHERIFF, STORY COUNTY, IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9152. JENNINGS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–9185. TUCKER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–9188. THOMPSON v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 98–9194. RAMON VILLALOBOS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–9246. LOSS v. MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 98–9262. CROOM v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9279. GETSY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–9280. NEWLIN v. EDWARDS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9321. WRIGHT v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 98–9322. WALTERS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–9353. BROWN v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9360. TRAYLOR v. CYPERT ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–9391. CHAVIS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 98–9393. BARCLAY v. FLANDER. C. A. 3d Cir. Certiorari denied.